■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORAS HOWARD, Appellant. [830 NYS2d 524]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Sullivan, J.), imposed July 28, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Miller, Crane, Florio and Fisher, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNA LONG, Appellant. [828 NYS2d 819]—Appeals by the defendant from (1) an amended judgment of the County Court, Orange County (DeRosa, J.), rendered March 3, 2006, revoking a sentence of probation previously imposed by the same court upon a finding that she had violated a condition thereof, after a hearing, and imposing a sentence of imprisonment upon her previous conviction of operating a motor vehicle while under the influence of alcohol under indictment No. 04-866, and (2) a judgment of the same court also rendered March 3, 2006, convicting her of operating a motor vehicle while under the influence of alcohol under superior court information No. 06-028, upon her plea of guilty, and imposing sentence.

Ordered that the amended judgment and judgment are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on the appeals. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Rivera, J.P., Spolzino, Fisher, Lifson and Dickerson, JJ., concur.